FILED
DEC 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Richard G. Cenci, #79863
Attorney at Law
5740 N. Palm Avenue, Suite 111
Fresno, CA 93704
Telephone: (559) 436-1441
Fax: (559) 436-4997
Attorney for Ezequiel Perez Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EZEQUIEL PEREZ MARTINEZ<br><br>Defendant. | CASE NO.: 1.:16CR00096 LJO SKO<br><br>EZEQUIEL PEREZ MARTINEZ APPLLICAITON FOR MODIFICATION OF CONDITIONS OF RELEASE |

TO DUTY MAGITRATE JUDGE ASSIGNED, AUSA BRIAN K. DELANEY AND PRE-TRIAL SERVICES OFFICER FRANK GUERRERO:

Comes now, defendant Ezcquiel Perez Martinez, by and through his counsel of record Richard G. Cenci, requesting that his conditions of release be modified as follows:

Defendant was previously released by order of the court with conditions and placed in the custody of Pre-Trial Services. One of the conditions of the defendant's release was to wear a Location Monitoring (LM) device at all times. Mr. Frank Guerrero, the defendant's Pre-Trial Services officer has advised counsel that the defendant has been in full compliance with his conditions of release and has adhered with all of the requirements of his Location Monitoring device and that the defendant's wife, Stephanie Perez and third party custodian has been helpful in keeping Pre-Trial Services apprised of all of the defendant's activities and provided all required verification. Mr. Guerrero has advised counsel for the defendant that at

1

1 this point Pre Trial Services has no objection to the condition being modified to remove the
2 Location Monitoring as a condition of release.
3     Counsel for the defendant has communicated with AUSA Brian Delany regarding the
4 removal of the Location Monitoring and the fact that Pre-Trial Services has no objection to
5 the modification since the defendant is in complete compliance with his conditions of release
6 and Mr. Delany has indicated to counsel for defendant that he has no objection to the
7 modification removing the Location Monitoring device.
8     Therefore, counsel for defendant Ezequiel Perez Martinez requests that his conditions
9 of release be modified to remove the Location Monitoring device.
10 DATED: December 12, 2016

Respectfully submitted,

BY: /s/ Richard Cenci
Richard Cenci
Attorney for Ezequiel Perez Martinez

## ORDER

The court having read and reviewed defendant EZEQUIEL PEREZ MARTINEZ APPLLICAITON FOR MODIFICATION OF CONDITIONS OF RELEASE;

**IT IS HEREBY ORDERED**: that defendant Ezequiel Perez Martinez application for modification of conditions of release is granted and he is therefore released from the condition and order to wear the Location Monitoring (LM) device. All other conditions and orders of release shall remain in full force and effect.

DATED: Dec. 22, 2016

_____
Duty Magistrate Judge

2