Richard G. Cenci, #79863
Attorney at Law
5740 N. Palm Avenue, Suite 111
Fresno, CA 93704
Telephone: (559) 436-1441
Fax: (559) 436-4997
Attorney for Ezequiel Perez Martinez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EZEQUIEL PEREZ MARTINEZ <br><br> Defendant. | CASE NO.: 1.:16 CR 00096 LJO-SKO <br><br> **ORDER FOR RETURN OF NOTES AND DEEDS OF TRUST** |

The Indictment of the above named defendant having been dismissed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure by this court on the motion of the United States Attorney Brian K. Delany on November 1, 2017;

**IT IS HEREBY ORDERED** that the Notes and Deeds of Trust posted in this matter listed herein be returned to the sureties:

(1) Kern County Deed of Trust number DOC# 0216113658, trustors Stephanie Perez and Julian Perez.

(2) Tulare County Deed of Trust number 2016-0049390, trustor Stephanie Perez.

IT IS SO ORDERED.

Dated: **November 8, 2017**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

(3)