Richard G. Cenci, #79863
Attorney at Law
5740 N. Palm Avenue, Suite 111
Fresno, CA 93704
Telephone: (559) 436-1441
Fax: (559) 436-4997
Attorney for Ezequiel Perez Martinez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EZEQUIEL PEREZ MARTINEZ<br><br>　　　　Defendant. | CASE NO.: 1.:16 CR 00096 LJO-SKO<br><br>**REVISED ORDER FOR RETURN OF DEED OF TRUST** |

　　The Indictment of the above named defendant having been dismissed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure by this court on the motion of the United States Attorney Brian K. Delany on November 1, 2017;

　　**IT IS HEREBY ORDERED** that the Deed of Trust posted in this matter listed herein be returned to the sureties:

(1) Kern County Deed of Trust number DOC# 0216112616, trustors Stephanie Perez and Julian Perez.

IT IS SO ORDERED.

　　Dated:　**October 18, 2018**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1